**ORIGINAL**

**FILED**

06/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0296

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0296

JAY DONALD WITKOWSKI,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

JUN 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Jay Donald Witkowski moves this Court for appointment of counsel in his appeal. As grounds, Witkowski provides that he is incarcerated and that he cannot afford an attorney. He states that he is "innocent of deliberate homicide."

Witkowski appeals the May 20, 2022 Valley County District Court's dismissal of his petition for postconviction relief for failure to state a claim. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Witkowski represented himself in his postconviction proceeding before the District Court. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Therefore,

IT IS ORDERED that Witkowski's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jay Donald Witkowski along with a copy of this Court's Appellate Handbook.

DATED this _____ day of June, 2022.

For the Court,

By _____
               Chief Justice